UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROL KRAEMER, individually and on behalf of similarly situated individuals, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:21-CV-00398-LY |
| v. | § § § | |
| CROSSOVER MARKET, LLC, TRILOGY ENTERPRISES, INC. AND ESW CAPITAL, LLC, | § § § § § | JURY TRIAL DEMAND |
| Defendants. | § § | |

## DEFENDANT ESW CAPITAL, LLC'S CERTIFICATE OF INTERESTED PERSONS

Defendant ESW CAPITAL, LLC makes the following disclosures of interested parties pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the Western District of Texas:

**FRCP 7.1 Disclosure:** ESW Capital, LLC has no parent corporation. There is no publicly held corporation owning 10% or more of ESW Capital, LLC's stock.

Dated: June 14, 2021 Respectfully submitted,

                                         By:    */s/ Stephen E. Fox*
                                                       Stephen E. Fox
                                                        Texas Bar No. 07337260
                                                        sfox@sheppardmullin.com
                                                        Jonathan E. Clark
                                                        Texas Bar No. 24069515
                                                        jclark@sheppardmullin.com

                                                        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                                                        2200 Ross Avenue, 20th Floor
                                                        Dallas, Texas 75201
                                                        Telephone: 469.391.7400
                                                        Facsimile: 469.391.7401

                                                        **ATTORNEYS FOR DEFENDANT**
                                                        **ESW CAPITAL, LLC**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 14th day of June, 2021, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. All others will be served via electronic mail.

                                                               */s/ Stephen E. Fox*
                                                              Stephen E. Fox