IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROL KRAEMER, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:21-CV-398-LY |
| CROSSOVER MARKET, LLC, | § | |
| TRILOGY ENTERPRISES, INC., AND | § | |
| ESW CAPITAL, LLC, | § | |
|     DEFENDANTS. | | |

## ORDER

Before the court is the above-referenced cause. On September 23, 2021, counsel for Plaintiff Carol Kraemer notified the court by email that the parties have settled this case. In light of the parties' settlement,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal **on or before October 25, 2021**.

**IT IS FURTHER ORDERED** that the Initial Pretrial Conference scheduled for October 12, 2021, at 2:30 p.m. is **CANCELLED**.

SIGNED this 27th day of September, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE