## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| **CAROL KRAEMER, individually and on behalf of similarly situated individuals** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 1:21-cv-00398-LY** |
| **v.** | § § § | |
| **CROSSOVER MARKET, LLC, TRILOGY ENTERPRISES, INC. AND ESW CAPITAL, LLC** | § § § § | |
| **Defendants** | § | |

## ORDER

Upon consideration of the Joint Motion for Dismissal With Prejudice, it is hereby:

**ORDERED** that this case is **DISMISSED with prejudice,** with each party to bear their

own attorney fees and costs.

SIGNED on this _____ day of _____, 2021

_____
**United States District Judge**