IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROL KRAEMER, §
   PLAINTIFF, §
    §
V. §
  §
            § CAUSE NO. 1:21-CV-398-LY
CROSSOVER MARKET, LLC, §
TRILOGY ENTERPRISES, INC., AND §
ESW CAPITAL, LLC, 
   DEFENDANTS.

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On November 17, 2021, the parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. #27) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of November, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE